IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

~~Cite as 28 Appendix~~ JANUARY-13-2022 AM

Participating Pause - (ii)

ARMED FORCES
SERVICE, SUPPLY AND PROCUREMENT
NATIONAL DEFENSE TECHNOLOGY AND INDUSTRIAL BASE, DEFENSE
REINVESTMENT AND DEFENSE CONVERSION

28 APPENDIX U.S.C. § 321

ARMED FORCES
ACQUISITION
OTHER TECHNOLOGY BASE POLICIES AND PROGRAMS
LIMITATIONS ON PROCUREMENT OF CERTAIN ITEMS FROM FOREIGN
SOURCES

Presidential Transition Administrative Support in title II,

SB112, Chapter 16

~~Colorado~~

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1/24/2022
JEFFREY P. COLWELL, CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 24 2022
JEFFREY P. COLWELL
CLERK

 

# Colorado Bureau of Investigation
## Sex Offender Registry
690 Kipling Street
Denver, Colorado 80215
Phone: (303) 239-4222
Fax: (303) 239-4661

## COLORADO SEX OFFENDER REGISTRATION FORM

### Reason for Registration

[■] Initial Registration   [ ] Scheduled Re-Registration   [ ] Information Update   [ ] Cancel Registration

### Sex Offender Registration Information

**Wright** (Sex Offender Last Name)   **Charles** (First Name)   **Antonio** (Middle Name)   **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** (Social Security Number*)

*Disclosure of your Social Security Number (SSN) is required by federal law, 42 USC 16901, et seq. Use of your SSN is for the purposes of Identification, and Colorado Criminal Justice Agencies may share the information with other agencies for the same purpose.

**03/03/1978** (Date of Birth)   **6' 1"** (Height)   **201 lbs** (Weight)   **Black** (Hair Color)   **Brown** (Eye Color)

**Black** (Race)   **Male** (Sex)   **Colorado** (Place of Birth)

**95-025-1064** (CO Drivers License or Identification Card #)   ~~Subject Name(s)~~ (Alien Registration or Tribal Identification #)

~~CHARLES ANTONIO~~ (Alias Names)

~~DOG (AKA)~~ (Alias Names)

~~FOP (AKA)~~ (Alias Names)

Left Arm; Sleeve. Right Forearm; Skull. Right upper arm; Marijuana leaf
(Scars, marks, tattoos, and/or other distinguishing characteristics)

Neck; Fire Heart, Pitch Fork. Chest; Owls Angel wings, Heart,
(Scars, marks, tattoos, and/or other distinguishing characteristics)

~~Left Leg Sword~~ State ~~Right leg thought~~ MR. Wright Africa
(Scars, marks, tattoos, and/or other distinguishing characteristics)

Registrants Initials CW



## Supervision Status

Currently on Probation/Parole: ☐ No  ☒ Yes

Supervision Type: ☒ Probation  ☐ Parole

☒ ~~Federal~~  ☒ State  ☐ County

Marissa Palacios
(Officer Name)

**(720) 913-4676**
(Officer Phone)

## Phone Numbers  ☒ I do not have or use any phone

( ) _____  _____
(Phone Number)  (Phone Type)

( ) _____  _____
(Phone Number)  (Phone Type)

( ) _____  _____
(Phone Number)  (Phone Type)

( ) _____  _____
(Phone Number)  (Phone Type)

( ) _____  _____
(Phone Number)  (Phone Type)

## Address Information

☒ Previous Permanent Address  ☐ Current Permanent Address
☒ Relocation Address  ☐ Other/Secondary Address

## Address Information

☐ Previous Permanent Address  ☐ Current Permanent Address
☐ Relocation Address  ☐ Other/Secondary Address

*Please use the address addendum for additional addresses*

www.irs.gov/priorgs
(Address Line 1)

_____
(Address Line 2)

_____  _____  _____
(City)  (State)  (Zip Code)

_____  (Begin/End Date – Please Circle)
(County)

☒ I do NOT have a permanent address at this time.

_____
(Address Line 1)

_____
(Address Line 2)

_____  _____  _____
(City)  (State)  (Zip Code)

_____  (Begin/End Date – Please Circle)
(County)

☒ I do NOT have a permanent address at this time.

## Transient/Homeless Location – Lacks a Fixed Residence  ☒ I am currently not transient/homeless

**1100 blk. Park Ave West**
(Street Address or location – List locations you habitually sleep, cross-streets, intersections, directions, landmarks of the location, etc.)

**Denver**  **CO**  **80205**  **Denver**
(City)  (State)  (Zip Code)  (County)

Dates you will be at this address/location:  From: _____  To: _____

Registrants Initials: _CW_

## Employment
Please use the employment addendum for additional employers. ☒ I am currently unemployed

| (Employer) | (Occupation) | (Start Date) |
| (Street Address) | (City) | (State) (Zip Code) |
| (County) | (Contact Person) | (Phone) |

## Vehicles
Please use the vehicle addendum for additional vehicles. ☒ I do NOT own/use a vehicle, trailer or motor home

| (Year) (Make) | (Model) | (Color/Color Scheme) | (Vehicle Type) |
| (License Plate #) (State) | (Vin) | |

This vehicle is: ☐ NOT used as a residence   ☐ Used as a residence

## Post Secondary Education (College/Trade School):
☒ I am NOT a student, employee or volunteer

Please use the post-secondary education addendum for additional institutions of post-secondary education

☐ Student   ☐ Employee   ☐ Volunteer

| (Start Date) | (End Date) |
| (School Name) | (Campus) |
| (Street Address) | (City) | (State) (Zip Code) |
| (County) | (Employer) | (Contact) |

## Electronic Communication Identifiers: As in 16-22-108(2.5)(c)
☒ I do NOT use email, chat or blog

Please use the electronic communication identifier addendum for additional electronic identifiers.

**Ynotwright69@gmail.com**
(Email address)

| (Chat or Blog Name) | (Provider) |
| (Email Address) | (Chat or Blog Name) | (Provider) |
| (Email Address) | (Chat or Blog Name) | (Provider) |

Registrants Initials _CW_

## Registration Requirement

| ☐ Quarterly Registration | ■ Annual Registration | 03/03/2018 (Next Registration Date) | CW (Registrants Initials) |
|---|---|---|---|

Offenders who lack a fixed residence, **IN ADDITION TO** registering quarterly or annually, must report to the local law enforcement agency monthly if they are a quarterly registrant or quarterly if they are an annual registrant

| ■ Lacks a Fixed Residence | ☐ Report Monthly / ■ Report Quarterly | 12/03/2017 (Next Reporting Date) | CW (Registrants Initials) |
|---|---|---|---|

## Next of Kin Information

| Rossa Wright (Name of Next of Kin) | Sister (Relationship to Offender) | (720) 835-7735 (Phone Number) |
|---|---|---|
| Unknown (Street Address of Next of Kin) | Aurora (City of Next of Kin) | CO (State) / (Zip Code) |

By signing below, I attest that I understand and acknowledge my duty to register as a sex offender, as required by the Colorado Sex Offender Registration Act (Title 16, Article 22, Colorado Revised Statutes). Providing false information may constitute a misdemeanor or felony criminal offense.

(Signature of Registrant) — 09/22/2017 (Date) — Offender Fingerprint *(Optional)*

(Signature of Parent/Guardian)    (Relationship to Offender)    (Phone Number – Parent/Guardian)

**▼▼▼▼▼▼▼▼▼▼▼▼ Criminal Justice Use Only ▼▼▼▼▼▼▼▼▼▼▼▼**

### REGISTERING AGENCY:
Complete this section if a copy of this form will be forwarded to the Colorado Bureau of Investigation

| Denver Police Department (Agency Name) | (720) 913-6656 (Phone) | 09/22/2017 (Date) |
|---|---|---|
| Det. Charles Wheeling #05159 (Name of Criminal Justice Personnel Administering Registration) | SXO Unit (Department) | |

### Criminal Justice Information
(Please verify all information with a complete criminal history background)

| Unlawful Sexual Contact (Sex Offense Conviction) | 09/14/2017 (Conviction Date) | Colorado (Conviction State) | D0162016CR004048 (Docket #) |
|---|---|---|---|
| Unlawfully Consent (Sex Offense Conviction) | July 25 2018 (Conviction Date) | (Conviction State) | (Docket #) |
| 176924EB3 (FBI #) | 868912 (State Identification (SID) #) | (Agency Case # (OCA)) | No (SVP) Y/N |

Revised June 2012                               Page 4 of 4




# Colorado Bureau of Investigation
## NOTICE TO REGISTER AS A SEX OFFENDER
Note: This notice applies to adults and juveniles.
**STATUTORY AUTHORITY:** Title 16, Article 22, Colorado Revised Statutes

### WHO MUST REGISTER

The following persons are required to register as sex offenders in the State of Colorado:
- Convicted on or after 7/1/91 in Colorado of an Unlawful Sexual Offense, as in 18-3-411 (1), Enticement of a Child, as in 18-3-305, or Internet Luring of a Child, as in 18-3-306;
- Convicted on or after 7/1/91 in another state or jurisdiction, to include military or federal, of an offense that, if committed in Colorado, would constitute an Unlawful Sexual Offense, as in 18-3-411 (1), Enticement of a Child, as in 18-3-305, or Internet Luring of a Child as in 18-3-306;
- Released on or after 7/1/91 from any Department of Corrections having served a sentence for an Unlawful Sexual Offense, as defined in section 18-3-411 (1), Enticement of a Child, as described in section 18-3-305 or Internet Luring of a Child, as in 18-3-306;
- Convicted on or after 7/1/94 in Colorado of an offense involving Unlawful Sexual Behavior, or for which the factual basis involved such an offense, as defined below, or released from Department of Corrections having served sentence for such an offense (including criminal attempts, solicitations, or conspiracies):
    - Sexual assault, in violation of section 18-3-402; or
    - Sexual assault in the first degree, in violation of section 18-3-402, as it existed prior to July 1, 2000;
    - Sexual assault in the second degree, in violation of section 18-3-403, as it existed prior to July 1, 2000;
    - Unlawful sexual contact, in violation of section 18-3-404; or
    - Sexual assault in the third degree, in violation of section 18-3-404 as it existed prior to July 1, 2000;
    - Sexual assault on a child, in violation of section 18-3-405;
    - Sexual assault on a child by one in a position of trust, in violation of section 18-3-405.3;
    - Sexual assault on a client by a psychotherapist, in violation of section 18-3-405.5;
    - Enticement of a child, in violation of section 18-3-305;
    - Incest, in violation of section 18-6-301;
    - Aggravated incest, in violation of section 18-6-302;
    - Human trafficking of a minor for sexual servitude, in violation of section 18-3-504(2);
    - Sexual exploitation of children, in violation of section 18-6-403;
    - Procurement of a child for sexual exploitation, in violation of section 18-6-404;
    - Indecent exposure, in violation of section 18-7-302;
    - Soliciting for child prostitution, in violation of section 18-7-402;
    - Pandering of a child, in violation of section 18-7-403;
    - Procurement of a child, in violation of section 18-7-403.5;
    - Keeping a place of child prostitution, in violation of section 18-7-404;
    - Pimping of a child, in violation of section 18-7-405;
    - Inducement of child prostitution, in violation of section 18-7-405.5;
    - Patronizing a prostituted child, in violation of section 18-7-406;
    - Engaging in sexual conduct in violation of section 18-7-701;
    - Wholesale Promotion of Obscenity to a Minor 18-7-102(1.5);
    - Promotion of Obscenity to a Minor 18-7-102(2.5);
    - Class 4 felony Internet luring of a child, 18-3-306 (3);
    - Internet sexual exploitation of a child, 18-3-405.4;
    - Public Indecency 18-7-301(2.b), if 2nd offense is committed within 5 years of previous offense or a 3rd or subsequent offense.
    - Invasion of privacy for sexual gratification, in violation of section 18-3-405.6;
    - Second degree kidnapping, if committed in violation of section 18-3-302(3)(a);
- Convicted of an offense in another state or jurisdiction for which registration is required there or in Colorado, so long as such person is a *temporary* or permanent resident of Colorado.

"**Convicted**" means having received a verdict of guilty by a judge or jury, having pleaded guilty or nolo contendere, having received a disposition as a juvenile, having been adjudicated a juvenile delinquent, or having received a deferred judgment and sentence or a deferred adjudication.

**Registrant's Initials** _____   **Law Enforcement Official's Initials** _____
Revised June 2012 SXO-8                                          Page 1 of 4

"**Temporary resident**" is any person who is employed in Colorado on a full-time or part-time basis, with or without compensation, for more than 14 consecutive business days or for an aggregate period of more than 30 days in any calendar year; enrolled in any type of educational institution in Colorado on a full-time or part-time basis; or present in Colorado for more than 14 consecutive business days or for an aggregate period of more than 30 days in any calendar year for any purpose, including but not limited to vacation, travel, or retirement. Temporary residents shall register within five business days of arrival in Colorado. A sex offender is required to register in any state in which he/she is a temporary resident.

"**Lacks a Fixed Residence**" means that a person does not have a living situation that meets the definition of "residence" pursuant to subsection (5.7) of section 16-22-102. "Lacks a fixed residence" may include, but need not be limited to, outdoor sleeping locations or any public or private locations not designed as traditional living accommodations. "Lacks a fixed residence" may also include temporary public or private housing or temporary shelter facilities, residential treatment facilities, or any other residential program or facility if the person remains at the location for less than fourteen days.

All offenders must provide annually at the time of registration, a current photograph and a complete set of fingerprints.

## CHILD SEX CRIMES

- Any person who is required to register and who has been convicted of a child sex crime shall be required to register all e-mail addresses, instant-messaging identities, or chat room identities prior to using the address or identity.
  Child sex crimes:
    - Sexual Assault on a Child, as in 18-3-405;
    - Sexual Assault on a Child by one in a Position of Trust, as in 18-3-405.3;
    - Unlawful Sexual Contact, as in 18-3-404(1.5);
    - Enticement of a child, as in 18-3-305;
    - Aggravated Incest, as in 18-6-302(1)(b);
    - Trafficking in Children, as in 18-3-502;
    - Sexual Exploitation of Children, as in 18-6-403;
    - Procurement of a Child for Sexual Exploitation, as in 18-6-404;
    - Soliciting for Child Prostitution, as in 18-7-402;
    - Pandering of a Child, as in 18-7-403;
    - Procurement of a child for sexual exploitation, as in 18-7-403.5;
    - Keeping a place of child Prostitution, as in 18-7-404;
    - Pimping of a child, as in 18-7-405;
    - Inducement of Child Prostitution, as in 18-7-405.5;
    - Patronizing a prostituted child, as in 18-7-406;
    - Internet luring of a Child, as in 18-3-306;
    - Internet Sexual Exploitation of a Child, as in 18-3-405.4;
    - Wholesale Promotion of Obscenity to a minor, as in 18-7-102(1.5);
    - Promotion of Obscenity to a minor, as in 18-7-102 (2.5);
    - Sexual Assault, as in 18-3-402(1))d)(1)(e);
    - Sexual Assault in the second degree as it existed prior to July 1, 2000, as in 18-3-403(1)(e)(1)(e.5);
  Or criminal attempt, conspiracy, or solicitation to commit any of the acts specified.

## WHEN TO REGISTER

- You must register during business hours within 5 business days of being released into the community or receiving this notice. If you are released from the Department of Corrections with no supervision, you must register the next business day. You must re-register annually within five business days before or after your birth date. You must register quarterly (every 3 months) for the remainder of your natural life if you have been found to be a Sexually Violent Predator, if you were convicted as an adult in Colorado of any of the following listed offenses, or if you were convicted in another state or jurisdiction of an offense that requires quarterly registration in that state or jurisdiction, or would require quarterly registration in Colorado.

Registrant's Initials _CeN_          Law Enforcement Official's Initials _C_

- Felony Sexual Assault, in violation of section 18-3-402, or Sexual Assault in the First Degree, in violation of section 18-3-402 as it existed prior to July 1, 2000, or Sexual Assault in the Second Degree, in violation of section 18-3-403 as it existed prior to July 1, 2000, or
- Sexual Assault on a Child in violation of section 18-3-405, or
- Sexual Assault on a Child by one in a Position of Trust, in violation of section 18-3-405.3, or
- Sexual Assault on a client by a Psychotherapist, in violation of section 18-3-405.5, or
- Incest, in violation of section 18-6-301, or Aggravated Incest, in violation of section 18-6-302,

- All other offenders not convicted of any of the above offenses must register annually.
- If you move in state, you must register with the law enforcement agency in the jurisdiction to which you move within 5 business days after moving. You must notify the local law enforcement agency where you live if you change residences within that agency's jurisdiction or establish additional residences in that jurisdiction.
- You must re-register within 5 business days if you legally change your name.
- In addition, a person who is subject to quarterly registration and who lacks a fixed residence shall, at least every month, report to the registration agency for the self-verification enhanced reporting of the location or locations where the person remains without a fixed residence.
- A person who is subject to annual registration and who lacks a fixed residence shall, at least every three months, report to the registration agency for the self-verification enhanced reporting of the location or locations where the person remains without a fixed residence

## WHERE TO REGISTER

- If you are living within the limits of a city or town, you must register at the local police department.
- If you are living outside the limits of a city or town, you must register at the county sheriff's department.
- If you have multiple residences, you must register with the law enforcement agency of each jurisdiction in which you reside.
- If you change residence to another state or other jurisdiction, you must report your new address to the law enforcement agencies where you are registered in Colorado and in the city or town where you will reside in the new state.
- All registrants must provide a current photograph and a complete set of fingerprints at the time of registration and pay any fees imposed by the local law enforcement agency.

## CAMPUS SEX CRIMES PREVENTION ACT

At the time of registration, you must notify law enforcement if you are enrolled at, employed at, or volunteering at an institution of postsecondary education in Colorado, and of any change in such enrollment, employment, or volunteering (commencement or termination). If you begin enrollment, employment, or volunteering after you have registered, you must return to the law enforcement agency and report all required information.

## FAILURE TO REGISTER

Failure to register, including failure to cancel registration when moving out of Colorado or leaving the country, submission of false or incomplete information, or failure to comply with any requirements in this section, is a class 6 felony if conviction or adjudication was a felony, except any second offense of failure to register is a class 5 felony, and is a misdemeanor if conviction or adjudication was a misdemeanor.

## PETITION TO DISCONTINUE REGISTRATION

You must continue to register until the court releases you from this requirement. If you have not subsequently been convicted of an offense involving unlawful sexual behavior, you may file a petition with the court for an order to discontinue registration or website posting according to the timeframes below. **SVP's, multiple offenders, and quarterly registrants are not eligible for this relief.** If the court enters an order discontinuing your duty to register, you must send a copy of the order to the local law enforcement agency and the Colorado Bureau of Investigation.

Registrant's Initials _____    Law Enforcement Official's Initials _____

**Your Offense:**
- Class 1,2,or 3 felony (if not a quarterly offense)
- Class 4,5,or 6 felony
- 3rd Degree Sex Assault or Unlawful Sexual Contact (M1)
- Other Misdemeanors
- Deferred Sentence or Adjudication
- If under 18 years of age when adjudicated
- Internet website posting for Failure to Register

**When You May Petition the Court:**
- 20 years from the date of final release from the jurisdiction of the court
- 10 years from the date of final release from the jurisdiction of the court
- 10 years from the date of final release from the jurisdiction of the court
- 5 years from the date of final release from the jurisdiction of the court
- After successful completion and dismissal of the case
- After successful completion and discharge from the sentence
- After one year of full compliance with registration requirements

## INTERNATIONAL TRAVEL

Colorado requests all sex offenders required to register notify the law enforcement agency they are currently registered with of their international travel plans 21 days prior to traveling outside of the United States. This is a requirement of the Federal Sex Offender Registration and Notification Act (SORNA).

## ACKNOWLEDGEMENT OF NOTICE TO REGISTER

I acknowledge that I have received a copy of this notice, and I understand that I am required to register as a sex offender with the law enforcement agency of each jurisdiction in which I reside, pursuant to Title 16, Article 22, C.R.S., and that I will continue to register until the Court releases me from this requirement. I understand that the information contained in this notice has been derived from Title 16, Article 22, C.R.S. and The Adam Walsh Child Protection and Safety Act, 42 U.S.C., 16911. I understand that it is my responsibility to obtain a copy of the statutes and/or seek legal counsel if I require further clarification. I further certify that at the time of this notice I reside at the address below.

9/22/17 Today's Date

9/14/17 Date of Sentence

1100 blk. Park Ave west
Street Address and Apartment # if any

Denver Co 80205
City, State, & Zip Code

Charles A. Culp
Registrant PRINTED Name

Parent/Guardian Signature

Registrant Signature

Date of Birth 03/03/1978

Det. Culey #05159
Supervising Officer or Staff Signature/Agency

Registrant's Initials CW

Law Enforcement Official's Initials

Revised June 2012 SXO-8

Page 4 of 4





IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

2165000752

Notes from the office of Law Revision Counsel
Act, 2021 (division E of Public Law 116-260)

Notice of Status

Under s 527(i)(A) to be tax exempt, is a political organization to give notice electronically to the Service that is a political organization described with the Record of proceedings, insurance coverage, including directors and officers under Notice of Status Section 527(i)(A).

STATE OF COLORADO
COUNTY OF JEFFERSON

Subscribed, sworn to and acknowledged to me by Individually and as Personal Representative this 13th day of January 2022
My commission Expires: 03/01/2023
STATE OF COLORADO

Charles N. Ohi Sr. #8871
Notary Public / Deputy Clerk